**DISMISS and Opinion Filed May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00488-CV

### MARZELL HOWARD, Appellant
### V.
### CEDAR CREEK CORP., Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-03731

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's May 8, 2014 motion to dismiss the appeal. Appellant no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140488F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARZELL HOWARD, Appellant

No. 05-14-00488-CV      V.

CEDAR CREEK CORP., Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas.
Trial Court Cause No. DC-13-03731.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, CEDAR CREEK CORP., recover its costs of this appeal from appellant, MARZELL HOWARD.

Judgment entered May 12, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE